**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6498

HAROLD SMITH,

Plaintiff - Appellant,

versus

EDWARD F. REILLY, JR.; SANDRA HILTON; JEFFREY
S. KOSTBAR; CHARLES LYONS; ALBERTO R.
GONZALES; HARLEY G. LAPPIN; RICHARD HOLT; JOHN
J. LAMANNA,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry F. Floyd, District Judge.
(6:05-cv-03426-HFF)

Submitted: August 30, 2007          Decided:  September 7, 2007

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harold Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Smith, a federal prisoner, appeals the district court's order denying as moot his motion for an unredacted copy of the record at government expense in his 28 U.S.C. § 2241 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Reilly, No. 6:05-cv-03426-HFF (D.S.C. Feb. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED